UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| FIRST SONORA BANCSHARES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE CO., <br><br> Defendant. | No. 6:22-CV-018-H |

## ORDER

The Court referred this case to the Honorable Magistrate Judge John R. Parker for pretrial management pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. No. 3. Shortly thereafter, the parties filed a joint motion to remand the case to state court on the basis of the plaintiff's stipulation that the amount-in-controversy fell below jurisdictional thresholds. Dkt. No. 5.

Judge Parker has made findings, conclusions, and a recommendation that the Court grant the parties' motion. Dkt. No. 6. In his FCR, Judge Parker ordered the parties, given the motion's joint nature, to advise him whether the parties agreed to waive the standard 14-day objections period. *Id.* at 2. The parties filed a joint notice stating that they would waive the 14-day period and consent to the Court's adopting Judge Parker's FCR immediately. Dkt. No. 7. Accordingly, the Court adopts Judge Parker's FCR in full. The case is remanded back to state court, and the Clerk is directed to close the case.

So ordered on April 20, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE